**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. ***EDCV 11-1661 VAP*** |
| ) | EDCR 08-181-VAP |
| Plaintiff/Respondent, ) | |
| v. ) | |
| ) | |
| LEONTE MAURICE SUMMEY ) | **JUDGMENT** |
| ) | |
| Defendant/Petitioner ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 20, 2012

                                          VIRGINIA A. PHILLIPS
                                 United States District Judge